# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ALAN CARMICHAEL,<br><br>      Plaintiff,<br><br>v.<br><br>SELENE FINANCE LP,<br><br>      Defendant. | CIVIL ACTION NO. 1:23-cv-12413-FDS |

## CORPORATE DISCLOSURE STATEMENT
## OF SELENE FINANCE LP

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant, Selene Finance LP ("Selene"), discloses:

Selene Finance LP is a Delaware limited partnership. The general partner of Selene Finance LP is Selene Ventures GP LLC and the limited partner of Selene Finance LP is Selene Ventures LLC. Both Selene Ventures GP LLC and Selene Ventures LLC are Delaware limited liability companies with a principal business address of 3501 Olympus Boulevard, Suite 500, Dallas, TX 75019. Neither Selene Ventures GP LLC nor Selene Ventures LLC have any individuals as members.

                                                SELENE FINANCE LP
                                                By: Its Attorneys

*/s/ Kevin W. Manganaro*
Hale Yazicioglu Lake, BBO #679480
Kevin W. Manganaro, BBO #690082
HINSHAW & CULBERTSON LLP
53 State Street, 27th Floor
Boston, MA 02109
617-213-7000
617-213-7001  (facsimile)
hlake@hinshawlaw.com
kmanganaro@hinshawlaw.com

Dated:    October 25, 2023

2

## **CERTIFICATE OF SERVICE**

      I, Kevin W. Manganaro, hereby certify that the documents filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

                                      /s/ *Kevin W. Manganaro*
                                      Kevin W. Manganaro

89609\314937032.v1