UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ALAN CARMICHAEL, )<br>)<br>　　　　Plaintiff, )<br>　v. )<br>)<br>SELENE FINANCE LP, )<br>)<br>　　　　Defendant. )<br>) | Civil Action No.<br>23-12413-FDS |

ORDER TO FILE CORRECTED
RULE 7.1 DISCLOSURE STATEMENT

**SAYLOR, C.J.**

On September 19, 2023, plaintiff Alan Carmichael filed this action against defendant Selene Finance LP in the Middlesex County Superior Court. The complaint alleges violations of state law preceding the foreclosure of his home in June 2023. On October 18, 2023, Selene Finance LP removed the action to this court pursuant to 28 U.S.C. § 1441(a) and § 1446, and asserted diversity jurisdiction under 28 U.S.C. § 1332.

On October 25, 2023, Selene Finance LP filed a corporate disclosure statement. (ECF No. 7). In that statement, it alleged that it "is a Delaware limited partnership," with Selene Ventures GP LLC as a general partner and Selene Ventures LLC as a limited partner. It further alleged that both partners are Delaware limited liability companies and that neither have any individual members. It did not identify the citizenship of the members of either Selene Ventures GP LLC or Selene Ventures LLC.

Those statements in part contradict those made in the notice of removal, which asserted that both entities were general partners of Selene Finance LP with individual members who are

residents or citizens of Pennsylvania.  (ECF No. 1 at 2).

The pleadings fail to identify the citizenship of the members of either Selene Ventures GP LLC or Selene Ventures LLC.  Limited liability companies are treated like partnerships, not corporations, for purposes of determining their citizenship under § 1332(a), and therefore the citizenship of each of their members must be considered when determining whether diversity exists.  For LLCs, the principal place of business and the state of organization are irrelevant.  Furthermore, the critical inquiry for individuals is not their residence, but their citizenship, which is based on their domicile.

Accordingly, defendant Selene Finance LP is hereby ORDERED to file a new disclosure statement in accordance with Fed. R. Civ. P. 7.1 within 21 days (that is, by December 21, 2023).  Failure to do so may result in remand of the action for lack of subject-matter jurisdiction.

**So Ordered.**

Dated:  November 30, 2023

/s/ F. Dennis Saylor IV
F. Dennis Saylor IV
Chief Judge, United States District Court