## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ALAN CARMICHAEL, | |
| Plaintiff, | CIVIL ACTION NO.    1:23-cv-12413-FDS |
| v. | |
| SELENE FINANCE LP, | |
| Defendant. | |

## ASSENTED-TO MOTION TO REMAND

Pursuant to this Court's order dated November 30, 2023 (ECF No. 30), Defendant, Selene Finance LP ("Selene"), with the assent of Plaintiff, Alan Carmichael (the "Plaintiff"), moves this Court to remand the instant matter to the Massachusetts Superior Court (Middlesex County). In further support of this motion, Selene states as follows:

1.      On or about September 19, 2023, Plaintiff, Alan Carmichael (the "Plaintiff"), commenced an action in the Massachusetts Superior Court, Middlesex County, under Civil Action No. 2381CV02644, by filing a complaint against Selene. *See* ECF No. 1, Ex. A (the "Complaint").

2.      Selene removed the Complaint to this Court on October 18, 2023. *See* ECF No. 1.

3.      Selene answered the Complaint on October 25, 2023. *See* ECF No. 6.

4.      On that same date, Selene filed a Corporate Disclosure Statement, pursuant to Rule 7.1 of the Federal Rules of Civil Procedure. *See* ECF No. 7.

5.      This Court held an initial scheduling conference on November 29, 2023, during which the Court stated that the Corporate Disclosure Statement was incomplete.

6.      On November 30, 2023, the Court issued an order requiring Selene to file a new disclosure statement on or before December 21, 2023. *See* ECF No. 30.

7.      Selene reviewed the Court's November 30, 2023, order and requests remand of the action back to Middlesex Superior Court, with the Plaintiff's assent.

8.      Counsel for the Plaintiff has assented to remand.

9.      No party will be prejudiced by the relief sought herein.

**WHEREFORE**, Defendant, Selene Finance LP, with the assent of Plaintiff, Alan Carmichael, moves this Court to remand the instant matter to the Massachusetts Superior Court (Middlesex County).

SELENE FINANCE LP
By: Its Attorneys

*/s/ Kevin W. Manganaro*
Hale Yazicioglu Lake, BBO #679480
Kevin W. Manganaro, BBO #690082
HINSHAW & CULBERTSON LLP
53 State Street, 27th Floor
Boston, MA 02109
617-213-7000
617-213-7001  (facsimile)
hlake@hinshawlaw.com
kmanganaro@hinshawlaw.com

Dated:      December 7, 2023

## CERTIFICATE OF SERVICE

I, Kevin W. Manganaro, hereby certify that the documents filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

/s/ *Kevin W. Manganaro*
Kevin W. Manganaro

89609\315479279.v1

## CERTIFICATION PURSUANT TO LOCAL RULE 7.1

I, Kevin W. Manganaro, hereby certify that I conferred with the Plaintiff's counsel Gregory M. Sullivan, Esq., concerning this motion in accordance with Local Rule 7.1. During this conversation, Attorney Sullivan stated that he assented to remand. Such conference took place by telephone on December 6, 2023, at approximately 9:55 A.M.

/s/ *Kevin W. Manganaro*
Kevin W. Manganaro

89609\315479279.v1